IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA



| | |
|---|---|
| IN RE: SEARCH WARRANT FOR )<br>)<br>The residence of Pamela Griffin, )<br>5115 Erskine Street, Omaha, Nebraska, )<br>particularly described as a multi-story )<br>single-family dwelling. The residence is stucco )<br>over red brick with an attached garage. The )<br>number "5115" is affixed to the front of the )<br>residence above the front door which faces north. ) | 8:02MJ143 |

**SEALED**

### ORDER FOR SEALING SEARCH WARRANT, APPLICATION AND AFFIDAVIT AND RETURN

This matter came before the Court on the government's Motion for Sealing Search Warrant, Application and Affidavit and Return. The Court finds that the motion should be granted for good cause shown.

IT IS THEREFORE, HEREBY ORDERED that the Application and Affidavit, Search Warrant, Return, and this Motion and Order be sealed.

DATED: 10/18/02

BY THE COURT:

THOMAS D. THALKEN
UNITED STATES MAGISTRATE JUDGE