SEALED



FILED
DISTRICT OF NEBRASKA
AT _____ M
DEC 1 0 2002
Gary D. McFarland, Clerk
By _____ Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In the Matter of the Search of ) <br> the Residence of Pamela Griffin ) <br> 5115 Erskine Street, Omaha, Nebraska, ) <br> ) <br> ) <br> ) | 8:02MJ143 <br><br> ORDER |

This matter is before the court on Petitioner Pamela Griffin's motion for leave to file additional evidence. The petitioner's motion states she received the additional evidence after the oral argument had been conducted regarding the petitioner's motion for return of documents and property and motion to unseal the affidavit in support of the search warrant in this matter. Upon consideration,

**IT IS ORDERED:**

1. Petitioner Pamela Griffin's motion for leave to file additional evidence is granted.

2. The court shall consider, *instanter*, the petitioner's supplemental evidence index filed in conjunction with the motion for leave to file additional evidence.

3. The government shall have to **on or before December 18, 2002**, in which to respond to the supplemental evidence or otherwise notify the court it does not intend to so respond.

Dated this 10th day of December, 2002.

SEALED

BY THE COURT:

/s/ signature
THOMAS D. THALKEN
United States Magistrate Judge

Provide Copies To:

____ U.S. Attorney Only
____ Moving Counsel Only
__X__ All Counsel of Record
____ U.S. Probation
____ U.S. Marshal