**SEALED**

```
FILED
DISTRICT OF NEBRASKA
AT _____ M
MAR - 3 2003
Gary D. McFarland, Clerk
By _____ Deputy
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In the Matter of the Search of ) <br> the Residence of Pamela Griffin ) <br> 5115 Erskine Street, ) <br> Omaha, Nebraska ) | 8:02MJ143 <br><br> ORDER |

This matter is before the court *sua sponte*. Counsel for the parties in this matter may obtain from the Clerk's Office a copy of the sealed transcript of the hearing in this matter upon payment of the fees the Clerk's Office charges for copying.

**IT IS SO ORDERED.**

Dated this _3rd_ day of March, 2003.

BY THE COURT:

_____
THOMAS D. THALKEN
United States Magistrate Judge

**SEALED**
Provide Copies To:
___ U.S. Attorney Only
___ Federal Public Defender
___ Moving Counsel Only
_X_ All Counsel of Record
___ U.S. Probation
___ U.S. Marshal
___ U.S. Pretrial Services