**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
DISTRICT OF NEBRASKA
AT_____M
AUG 28 2003
Gary D. McFarland, Clerk
By_____Deputy

In the Matter of the Search of: )
)
The Residence of Pamela Griffin, 5115 )
)
Erskine Street, Omaha, Nebraska. )
)
)
)
)

8:02MJ143

**MEMORANDUM AND ORDER**
**(SEALED)**

The matter is before the court pursuant to its own direction to amend this court's order of August 27, 2003 to correct a typographical error in paragraph 3 of page 12 of the order. The date for which the Government shall have to determine which documents not designated for privilege are nevertheless responsive to the warrant is amended from Friday, September 5, 2003, as stated in the August 27, 2003 order to Thursday, September 25, 2003, as such date reflects the original intent of the court.

As such, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

(1) The Government shall have until Thursday, September 25, 2003, to determine which documents not designated for privilege are nevertheless responsive to the warrant.

DATED this 28th day of August, 2003.

BY THE COURT:

/s/ Thomas M. Shanahan

THOMAS M. SHANAHAN
United States District Judge

**SEALED**