**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
DISTRICT OF NEBRASKA
AT_____ M
SEP 25 2003
Gary D. McFarland, Clerk
By_____ Deputy

| | |
|---|---|
| In the Matter of the Search of: )<br>)<br>The Residence of Pamela Griffin, )<br>)<br>5115 Erskine Street, )<br>)<br>Omaha, Nebraska. )<br>)<br>)<br>)<br>)<br>) | 8:02MJ143<br><br>**ORDER**<br>**(SEALED)** |

Before the court is the "Government's Ex Parte Application for Extension of Time to Respond to Court's August 27, 2003 Order." On August 27, 2003, this court ordered that the Government had until September 25, 2003, to determine which documents not designated as privileged by the Petitioner, Pamela Griffin, were nonetheless responsive to a warrant executed at the Petitioner's residence. Furthermore, the Government was ordered to return all the non-responsive documents to the Petitioner no later than September 26, 2003.

Having considered the Defendant's *ex parte* application for an extension of time to comply with the court's August 27, 2003, order, and good cause appearing therefore,

IT IS HEREBY ORDERED:

(1) Petitioner Pamela Griffin's time to comply with the court's August 27, 2003 order is hereby extended and she shall have until **October 24, 2003** to designate for privilege any remaining seized documents stored on the computer hard disk seized from her residence; and

(2) The United States of America's time to respond to the court's August 27, 2003 order is hereby extended and it shall have until **October 30, 2003** to determine which

documents not designated for privilege are nevertheless responsive to the warrant and to return all documents not responsive to the warrant by **October 31, 2003**.

DATED this 25th day of September, 2003.

BY THE COURT:

*[signature]*

THOMAS M. SHANAHAN

United States District Judge

**SEALED**

Provide Copies To
___ U.S. Attorney
___ Federal Public Defender
___ Moving Counsel Only
X   All Counsel of Record      a 9/29/03
___ U.S. Probation
___ U.S. Marshal
___ U.S. Pretrial Services